UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


34 Franklin Street, LLC

        v.                          Civil No. 08-cv-00478-JL

Grace Fellowship of
Nashua, Inc.


**O R D E R**


    The defendant's motion to dismiss on the basis of an absence
of diversity (document no. 7) is DENIED.  There is complete
diversity between the parties.  The defendant is a New Hampshire
corporation operating in New Hampshire.  See Diaz-Rodriguez v.
Pep Boys Corp., 410 F.3d 56, 61 (1st Cir. 2005).  The plaintiff
is a Delaware limited liability company whose sole member is a
Delaware limited partnership.  See Pramco, 435 F.3d 51, 54-55
(1st Cir. 2006).  Further, none of the general or limited
partners of that limited partnership are citizens of New
Hampshire.  See id. at 54;  Meyerson v. Harrah's E. Chicago
Casino, 299 F.3d 616, 617 (7th Cir. 2002) ("the citizenship of
unincorporated associations must be traced through however many
layers of partners or members there may be").

**SO ORDERED.**

Joseph N. Laplante
United States District Judge

Dated:    April 2, 2009

cc:  Alexander G. Rheaume, Esq.
     Dennis E. McKenna, Esq.
     John F. Bisson, Esq.