UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>34 Franklin Street, LLC</u>

    v.                              Civil No. 08-cv-00478-JL

<u>Grace Fellowship of</u>
<u>Nashua, Inc.</u>

## **ORDER AFTER PRELIMINARY**
## **PRETRIAL CONFERENCE**

The Preliminary Pretrial Conference was held in chambers on **May 4, 2009.**

The Discovery Plan (document no. 14) is **approved** as submitted, with the following changes:

- Completion of discovery: **December 1, 2009**
- Summary Judgment Motions: **January 15, 2010**
- <u>DiBennedetto</u> "empty chair defense" disclosure: **June 1, 2009.**
- Joinder of Additional Parties: **June 15, 2009**

Based on the discussions between the court and counsel at the conference, the following affirmative defenses are **stricken** without prejudice to being reinstated on request if warranted by

the evidence:  Counterclaim Answer (document no. 11) ¶ 207 (estoppel); ¶208 (waiver).

On or before **November 15, 2009**, the plaintiff shall notify the defendant which, if any, of its five claims it will not press at trial (while reserving judgment, of course, Counts 3 and 5, in particular, drew the court's interest as potentially lacking merit).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 4, 2009

cc:   Alexander G. Rheaume, Esq.
      Dennis E. McKenna, Esq.
      John F. Bisson, Esq.